UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
KEVIN DEAN BARBER                      CASE NO. 20-10714
2819 N OHENRY BLVD APT D               JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27405

    DEBTOR

SSN(1) XXX-XX-1082                     DATE:  04/09/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DR LEONARD WRIGHT<br>1112 7TH AVE<br>MONROE, WI  53566 | $0.00<br>INT: .00%<br>NAME ID: 171960<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXETER FINANCE LLC<br>P O BOX 650693<br>DALLAS, TX  75265 | $8,235.00<br>INT: 5.25%<br>NAME ID: 180109<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 3574<br>COMMENT: 17KIA, COD |
| EXETER FINANCE LLC<br>P O BOX 650693<br>DALLAS, TX  75265 | $6,052.67<br>INT: .00%<br>NAME ID: 180109<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 3574<br>COMMENT: SPLIT,COD |
| GMAC<br>ATTN CONSUMER CONTACT CENTER<br>2840 ELECTRIC RD STE 202<br>ROANOKE, VA  24018 | $0.00<br>INT: .00%<br>NAME ID: 177934<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 119336<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INSURANCE CO OF THE SOUTH -<br>NFI RECOVERY DEPT<br>P O BOX 45153<br>JACKSONVILLE, FL  32232 | $4,496.04<br>INT: .00%<br>NAME ID: 127675<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 9756<br>COMMENT: 1120TFCL |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1082<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1082<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $6,430.51<br>INT:  .00%<br>NAME ID:  162216<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 9717<br>COMMENT:  COD |
| SEVENTH AVENUE<br>1112 7TH AVENUE<br>MONROE, WI  53566-1364 | $0.00<br>INT:  .00%<br>NAME ID:  13130<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$25,214.22** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>   Clerk, U.S. Bankruptcy Court
>   101 S. Edgeworth Street
>   P.O. Box 26100
>   Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/09/2021                                    OFFICE OF THE CHAPTER 13 TRUSTEE

>                                        By:  /s/  Gayle McFarland
>                                             Clerk
>                                             Chapter 13 Office
>                                             500 W FRIENDLY AVE STE 200
>                                             P O BOX 1720
>                                             GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice